IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DANIEL HAGAN, et al., :
:
        Plaintiffs, :
v. : 3:17-CV-2155
: (JUDGE MARIANI)
DEISY BRAVO LEON et al., :
:
        Defendants. :

## ORDER

AND NOW, THIS 3rd DAY OF JANUARY, 2018, upon consideration of Plaintiffs' Motion to Remand, (Doc. 3), **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Motion to Remand, (Doc. 3), is **DENIED**.

2. Plaintiffs' Motion to Deem Plaintiffs' Motion to Remand Unopposed, (Doc. 12), is **DISMISSED AS MOOT**.

3. Defendant Progressive's Motion for an Enlargement of Time to File a Brief in Opposition to Plaintiffs' Motion to Remand, (Doc. 14), is **DISMISSED AS MOOT**.

                                                _/s/ Robert D. Mariani_
                                                Robert D. Mariani
                                                United States District Judge