IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DANIEL HAGAN, et al.,

    Plaintiffs,

v.

DEISY BRAVO LEON et al.,

    Defendants.

3:17-CV-2155
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 30th DAY OF JANUARY, 2018, upon consideration of Defendant Progressive Insurance Company's Motion for Leave to Amend its Answer, (Doc. 30), **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion for Leave to Amend its Answer, (Doc. 30), is **GRANTED**.

2. Defendant shall file its Amended Answer, previously filed in conjunction with its Motion, (Doc. 30-3), **within 5 days of the date of this Order.**

                                            Robert D. Mariani
                                            United States District Judge

FILED
SCRANTON
JAN 3 0 2018
PER _____ DEPUTY CLERK