IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DANIEL HAGAN, et al.,

        Plaintiffs,

    v.

DEISY BRAVO LEON, et al.,

        Defendants.

3:17-CV-2155
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 3rd DAY OF DECEMBER, 2018, upon consideration of Defendants' Deisy Bravo Leon and Efrain Hernandez (the "Moving Defendants") Motion for Judgment on the Pleadings (Doc. 40) and Motion to Deem the Motion for Judgment on the Pleadings Unopposed (Doc. 49), for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Moving Defendants' Motion for Judgment on the Pleadings (Doc. 40) is **DEEMED UNOPPOSED** and is **GRANTED**. Moving Defendants' Motion to Deem the Motion for Judgment on the Pleadings Unopposed (Doc. 49) is **DENIED AS MOOT**.

2. Plaintiffs' claims against Moving Defendants, Counts I-III of Plaintiffs' Complaint (Doc. 1-1 ¶¶ 14-27), are **DISMISSED WITH PREJUDICE**. Judgment is hereby entered **IN FAVOR OF** Moving Defendants and **AGAINST** Plaintiffs on Counts I-III.

                                                        _/s/ Robert D. Mariani_
                                                        Robert D. Mariani
                                                        United States District Judge