IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNYSLVANIA

DANIEL HAGAN and
KAREN HAGAN, his wife,
    Plaintiffs,

vs.

DEISY BRAVO LEON,
EFRAIN HERNANDEZ and
PROGRESSIVE INSURANCE
COMPANY,
    Defendants

No. 17-cv-2155-RDM

FILED
SCRANTON
APR 1 2 2019
PER _____ /s/ _____
DEPUTY CLERK

## ORDER OF COURT

AND NOW, this 12th day of April, 2019, upon consideration of Defendant Progressive Insurance Company's Motion to Compel the Deposition of Trooper M.J. Stazzone, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is hereby **ORDERED** that Trooper M.J. Stazzone shall appear for the deposition scheduled for April 18, 2019 at 10:00 am at the Law Office of Charles Kannebecker located at 104 W. High Street, Milford, PA 18337 or suffer further sanctions as determined by this Court.

BY THE COURT:

_____ J.